**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    May 19, 2010
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 09-cv-02197-RPM

NATHAN ACKS,                                          Lonn M. Heymann
TIFFANY BRAY,
CHASE GOLL,
ELI HARDY,
AMINAH MASUD,
IAN MORRISON,
BLACK PENDERGRASS,
KIM SIDWELL,

        Plaintiffs,
v.

CITY AND COU8NTY OF DENVER,                          Gillian M. Fahlsing
DEBORAH DILLEY,
JOHN DOE,
ANTHONY FOSTER,
ANTHONY MARTINEZ,

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Consolidate**

**2:00 p.m.          Court in session.**

Wadi F. Muhaison present as counsel for plaintiff in 10-cv-00629-PAB

Court's preliminary remarks.

Ms. Fahlsing states there were 93 individuals arrested and charged.
Mr. Heyman answers questions asked by the Court regarding the case claims with respect to class certification.

Statements by Mr. Muhaison.
Mr. Muhaison states the plaintiff in 10-cv-00629-PAB will defer to the Court regarding consolidation.

May 19, 2010
09-cv-02197-RPM

Statements by Ms. Fahlsing.

Further statements by Mr. Heyman regarding consolidation.

**ORDERED:** **Defendants' Motion to Consolidate, April 15, 2010 [31], is granted.**
**Case 10-cv-00629-PAB is consolidated with 09-cv-02197 as the lead case.**
**Order of Reference to Magistrate Judge entered March 19, 2010 [2] in**
**10-cv-00629-PAB-KMT and all other Orders entered therein are vacated.**

**ORDERED:** **Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs'**
**Motion for Class Certification, filed May 19, 2010 [37], is granted and defendants**
**shall file a response by June 7, 2010.**

Mr. Muhaison states plaintiff Sternberg joins Plaintiffs' Motion for Class Certification, filed April 29, 2010 [32].

**2:16 p.m.** **Court in recess.**

Hearing concluded.  Total time: 16 min.