IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02197-RPM
(Consolidated with 10-cv-00629-RPM)

NATHAN ACKS,
TIFFANY BRAY,
CHASE GOLL,
ELI HARDY,
AMINAH MASUD,
IAN MORRISON,
BLACK PENDERGRASS,
KIM SIDWELL, and
JACOB STERNBERG,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
DEBORAH DILLEY,
JOHN DOE,
ANTHONY FOSTER,
ANTHONY MARTINEZ,

    Defendants.

---

## ORDER FOR CONSOLIDATION

---

Pursuant to today's hearing on the defendant's motion to consolidate civil actions, filed in Civil Action 09-cv-02197-RPM, seeking consolidation with Civil Action 10-cv-00629-PAB-KMT, it is

ORDERED that these civil actions are consolidated and will proceed under the above caption and it is

FURTHER ORDERED that the order of reference to Magistrate Judge Tafoya in 10-cv-00629-PAB-KMT is vacated.

Dated: May 19th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge