IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02197-RPM

NATHAN ACKS;
TIFFANY BRAY;
CHASE GOLL;
ELI HARDY;
AMINAH MASUD;
IAN MORRISON;
BLAKE PENDERGRASS;
KIM SIDWELL; and
JACOB STERNBERG,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEBORAH DILLEY, a Commander with the Denver Police Department, in her individual
capacity;
JOHN DOE, whose true name is currently unknown, in his individual capacity;
ANTHONY FOSTER, a Sergeant with the Denver Police Department, in his individual capacity;
and
ANTHONY MARTINEZ, a Sergeant with the Denver Police Department, in his individual
capacity,

    Defendants.
_____

### ORDER REGARDING PLAINTIFF JACOB STERNBERG'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS FIRST AMENDED COMPLAINT WITH JURY DEMAND
_____

THIS MATTER, coming before the Court upon Plaintiff Jacob Sternberg's Unopposed Motion for Leave to File His First Amended Complaint with Jury Demand, and being fully advised in the premises,

IT IS HEREBY ORDERED that Jacob Sternberg's Motion is GRANTED. Mr. Sternberg's Amended Complaint with Jury Demand is hereby deemed accepted as filed this date.

DONE AND ORDERED this 24th day of May, 2010.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Senior Judge Richard P. Matsch
        United States District Court