IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02197-RPM
(Consolidated with 10-cv-00629-RPM)

NATHAN ACKS;
TIFFANY BRAY;
CHASE GOLL;
ELI HARDY;
AMINAH MASUD;
IAN MORRISON;
BLAKE PENDERGRASS;
KIM SIDWELL; and
JACOB STERNBERG

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEBORAH DILLEY, a Commander with the Denver Police Department, in her individual capacity;
JOHN DOE, whose true name is currently unknown, in his individual capacity;
ANTHONY FOSTER, a Sergeant with the Denver Police Department, in his individual capacity; and
ANTHONY MARTINEZ, a Sergeant with the Denver Police Department, in his individual capacity;

    Defendants.
_____

**ORDER GRANTING PLAINTIFFS' <u>UNOPPOSED</u> MOTION TO AMEND COMPLAINT**
_____

Upon consideration of Plaintiffs' Unopposed Motion to Amend Complaint [45], it is

ORDERED that the motion is granted and Plaintiffs' First Amended Complaint and Jury Demand attached thereto is accepted for filing.

DATED: June 9th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                U.S. District Court Judge