IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02197-RPM
(Consolidated with 10-cv-00629-RPM)

NATHAN ACKS;
TIFFANY BRAY;
CHASE GOLL;
ELI HARDY;
AMINAH MASUD;
IAN MORRISON;
BLAKE PENDERGRASS;
KIM SIDWELL; and
JACOB STERNBERG

    Plaintiffs,
v.

CITY AND COUNTY OF DENVER;
DEBORAH DILLEY, a Commander with the Denver Police Department, in her individual capacity;
JOHN DOE, whose true name is currently unknown, in his individual capacity;
ANTHONY FOSTER, a Sergeant with the Denver Police Department, in his individual capacity;
ANTHONY MARTINEZ, a Sergeant with the Denver Police Department, in his individual capacity; and
WILLIAM LOVINGIER, Undersheriff with the Denver Police Department, in his individual capacity;

    Defendants.
_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF
AND DISPOSITIVE MOTION DEADLINES**

_____

Upon consideration of the Unopposed Motion to Amend Scheduling Order to Extend Discovery Cutoff and Dispositive Motion Deadlines [48], it is

ORDERED AS FOLLOWS:

a. Paragraph 7(b) of the Scheduling Order will be amended to provide that the new discovery cutoff will be August 23, 2010;

b. Paragraph 7(c) of the Scheduling Order will be amended to provide for a dispositive motion deadline of October 10, 2010.

DATED: June 16th, 2010

                                          **BY THE COURT:**

                                          **s/Richard P. Matsch**

                                          _____
                                          Richard P. Matsch, Senior District Judge