# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02197-RPM
(*consolidated with* Civil Action No. 10-cv-00629-PAB-KMT)

NATHAN ACKS;
TIFFANY BRAY;
CHASE GOLL;
ELI HARDY;
AMINAH MASUD;
IAN MORRISON;
BLAKE PENDERGRASS;
KIM SIDWELL; and
JACOB STERNBERG,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER;
DEBORAH DILLEY, a Commander with the Denver Police Department, in her individual capacity;
JOHN DOE, whose true name is currently unknown, in his individual capacity;
ANTHONY FOSTER, a Sergeant with the Denver Police Department, in his individual capacity;
ANTHONY MARTINEZ, a Sergeant with the Denver Police Department, in his individual capacity; and
WILLIAM LOVINGIER, Undersheriff with the Denver Police Department, in his individual capacity,

    Defendants.

## ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF AND DISPOSTIVE MOTION DEADLINES

**THIS MATTER**, having come before the Court on the Parties' Joint Motion to Amend the Scheduling Order to Extend Discovery Cutoff and Dispositive Motion Deadlines [55], FILED ON July 16, 2010, it is

ORDERED that said motion is granted and the Scheduling Order in the above entitled action shall be amended as follows:

a. Paragraph 7(b) of the Scheduling Order will be amended to provide that the new discovery cut-off date will be September 22, 2010; and

b. Paragraph 7(c) of the Scheduling Order will be amended to provide that the new dispositive motion deadline will be October 22, 2010.

Dated this 19th day of July, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge