IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02197-RPM

NATHAN ACKS;
TIFFANY BRAY;
CHASE GOLL;
ELI HARDY;
AMINAH MASUD;
IAN MORRISON;
BLAKE PENDERGRASS;
KIM SIDWELL; and
JACOB STERNBERG

    Plaintiffs,
v.

CITY AND COUNTY OF DENVER;
DEBORAH DILLEY, a Commander with the Denver Police Department, in her individual capacity;
JOHN DOE, whose true name is currently unknown, in his individual capacity;
ANTHONY FOSTER, a Sergeant with the Denver Police Department, in his individual capacity; and
ANTHONY MARTINEZ, a Sergeant with the Denver Police Department, in his individual capacity,

    Defendants.
_____

**ORDER REGARDING PLAINTIFF JACOB STERNBERG'S UNOPPOSED
MOTION FOR LEAVE TO FILE HIS SECOND AMENDED COMPLAINT WITH
JURY DEMAND**
_____

    Upon consideration of Plaintiff Jacob Sternberg's Unopposed Motion for Leave to File His Second Amended Complaint with Jury Demand [58], filed on July 20, 2010, it is

    ORDERED that the motion is granted and Plaintiff Jacob Sternberg's Second Amended Complaint and Jury Demand attached thereto is accepted for filing.

    DATED this 21st day of July, 2010.

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch. Senior District Judge