IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: August 20, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

___

Civil Action No. 09-cv-02197-RPM

| | |
|---|---|
| NATHAN ACKS, | John A. Culver |
| TIFFANY BRAY, | Seth J. Benezra |
| CHASE GOLL, | Mark Silverstein |
| ELI HARDY, | |
| AMINAH MASUD, | |
| IAN MORRISON, | |
| BLACK PENDERGRASS, | |
| KIM SIDWELL, | |

    Plaintiffs,
v.

| | |
|---|---|
| CITY AND COU8NTY OF DENVER, | Gillian M. Fahlsing |
| DEBORAH DILLEY, | |
| JOHN DOE, | |
| ANTHONY FOSTER, | |
| ANTHONY MARTINEZ, | |

    Defendants.
___

**COURTROOM MINUTES**
___

**Hearing on Motion for Class Certification**

**10:30 a.m.**     **Court in session.**

Court's preliminary remarks.

Court states the class certification definition should be clarified to limit it to those persons whose rights were denied as defined by the statute.
Mr. Culver states he agrees with the Court regarding clarifying the class definition.

Argument by Mr. Culver [32].
Argument by Ms. Fahlsing.

**ORDERED:**     **Plaintiffs' Motion for Class Certification, filed April 29, 2010 [32] is granted and counsel shall submit a proposed order with a class definition as discussed.**

**10:45 a.m.**     **Court in recess.**   Hearing concluded. Total time: 15 min.