**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                April 21, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 09-cv-02197-RPM
(Consolidated with 10-cv-00629-RPM)

| | |
|---|---|
| NATHAN ACKS, | John A. Culver |
| TIFFANY BRAY, | Mark Silverstein |
| CHASE GOLL, | Seth J. Benezra |
| ELI HARDY, | |
| AMINAH MASUD, | |
| IAN MORRISON, | |
| BLACK PENDERGRASS, | |
| KIM SIDWELL, and | |
| JACOB STERNBERG, (10-cv-00629-RPM) | Wadi F. Muhaisen |

      Plaintiffs,

v.

| | |
|---|---|
| CITY AND COUNTY OF DENVER, | Gillian M. Fahlsing |
| DEBORAH DILLEY, | |
| JOHN DOE, | |
| ANTHONY FOSTER, | |
| ANTHONY MARTINEZ, and | |
| WILLIAM LOVINGIER, | |

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**2:03 p.m.      Court in session.**

Plaintiffs Tiffany Bray and Chase Goll and Black Pendergrass are present.

Court's preliminary remarks.

2:06 p.m.      Argument by Ms. Fahlsing.
2:32 p.m.      Argument by Mr. Culver.

**Mr. Culver states plaintiffs are willing to dismiss defendant Anthony Martinez.**

Mr. Muhaisen states Mr. Culver's argument is also on behalf of plaintiff Sternberg.

April 21, 2011
09-cv-02197-RPM

| | |
|---|---|
| 3:02 p.m. | Rebuttal argument by Ms. Fahlsing. |
| **ORDERED:** | **Defendant Anthony Martinez is dismissed.** |
| **ORDERED:** | **Motion for Summary Judgment Based upon Qualified Immunity, filed November 1, 2010 [70], stands submitted and is taken under advisement.** |
| **3:15 pm.** | **Court in recess.** |

Hearing concluded.  Total time: 1 hr. 13 min.