**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 09-cv-02197-RPM
(Consolidated with 10-cv-00629-RPM)**

**NATHAN ACKS;
TIFFANY BRAY;
CHASE GOLL;
ELI HARDY;
AMINAH MASUD;
IAN MORRISON;
BLAKE PENDERGRASS;
KIM SIDWELL; and
JACOB STERNBERG**

     **Plaintiffs,**

**v.**

**CITY AND COUNTY OF DENVER;
DEBORAH DILLEY, a Commander with the Denver Police Department, in her
individual capacity;
ANTHONY FOSTER, a Sergeant with the Denver Police Department, in his
individual capacity; and
WILLIAM LOVINGIER, Undersheriff with the Denver Police Department, in his
individual capacity;**

     **Defendants.**

_____

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

     Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiffs Nathan Acks, Tiffany Bray, Chase

Goll, Eli Hardy, Aminah Masud, Ian Morrison, Blake Pendergrass, and Kim Sidwell,

through their counsel, and Defendants, through their counsel, stipulate and agree that

Plaintiffs' First Amended Complaint, and each and every claim contained therein or

related thereto, whether pled or unpled, shall be dismissed with prejudice, with each

party to pay his own costs and attorney fees.  Further, the Parties stipulate and agree

that an Order for Dismissal with Prejudice shall enter without further notice by or to any
of the Parties.

Respectfully submitted this 14th day of October, 2011.

**BENEZRA & CULVER, P.C.**

**s/John A. Culver**
_____
John A. Culver, Esq.
Seth J. Benezra, Esq.
274 Union Blvd., #220
Lakewood, CO  80228-1835
(303) 716-0254
jaculver@bc-law.com
In cooperation with the
ACLU Foundation of Colorado

Lonn M. Heymann, Esq.
Rosenthal & Heymann, L.L.C.
1020 W. 7th Ave.
Denver, CO  80204
In cooperation with the
ACLU Foundation of Colorado

Mark Silverstein, Esq.
Rebecca T. Wallace, Esq.
ACLU Foundation of Colorado
400 Corona Street
Denver, CO  80218

*Attorneys for Plaintiffs Acks, Bray, Goll,*
*Hardy, Masud, Morrison, Pendergrass*
*and Sidwell*

**SENTER GOLDFARB & RICE, L.L.C.**

**s/Gillian M. Fahlsing**
_____
Gillian M. Fahlsing, Esq.
Thomas S. Rice, Esq.
1700 Broadway, #1700
Denver, CO  80290
(303) 320-0509

*Attorneys for Defendants City and*
*County of Denver and William Lovingier*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Wadi F. Muhaisen   wadi@muhaisenlaw.com

**s/Connie Parrish**
_____