IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02197-RPM
(Consolidated with 10-cv-00629-RPM)

NATHAN ACKS,
TIFFANY BRAY,
CHASE GOLL,
ELI HARDY,
AMINAH MASUD,
IAN MORRISON,
BLACK PENDERGRASS,
KIM SIDWELL, and
JACOB STERNBERG,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
DEBORAH DILLEY, a Commander with the Denver Police Department, in her individual capacity; and
ANTHONY FOSTER, a Sergeant with the Denver Police Department, in his individual capacity,

    Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulated Motion to Dismiss with Prejudice [112] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated:   October 14th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge